848 A.2d 917

**Kevin HIGHSMITH, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

March 18, 2004.

***ORDER***

PER CURIAM:

**AND NOW,** this 18th day of March, 2004, probable jurisdiction is noted and the order appealed is affirmed. The "Request Upon Party for Production of Documents and Things" is dismissed as moot.